IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AGNES OFOSU | : | |
| v. | : | Civil Action No. DKC 26-3342 |
| STACEY IRBY | : | |

**MEMORANDUM OPINION**

Plaintiff Agnes Ofosu ("Plaintiff") filed a Motion to Remand on September 8, 2026. (ECF No. 9). Removing defendant Stacey Irby ("Defendant") has not filed a response in opposition, and the time to do so is now expired. For the reasons that follow, the motion to remand will be granted.

Plaintiff filed suit in the Circuit Court for Prince George's County, Maryland against Defendant on July 30, 2026. The Complaint asserts claims arising from a motor vehicle collision that happened on September 4, 2024, on Gordon Avenue at the intersection with the exit road from southbound Interstate 95. (ECF No. 2). Defendant removed the action on August 21, 2026, on the basis of diversity of citizenship. Both the Notice of Removal and response to the court's Amended Standing Order 2021-13 recited that Defendant is a Maryland resident. (ECF Nos. 1, 7). 28 U.S.C. § 1441(b)(2) provides:

> A civil action otherwise removable solely on the basis of jurisdiction under section

> 1332(a) of this title may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.

Defendant is a citizen of Maryland and has not challenged the motion to remand. Consequently, the motion to remand will be granted and the case remanded to the Circuit Court for Prince George's County, Maryland. A separate order will follow.

/s/
DEBORAH K. CHASANOW
United States District Judge